# United States Court of Appeals

### FOR THE EIGHTH CIRCUIT

———————

No. 96-3300

———————

Karen Starr,                                    *
                                                *
            Appellant,                          *
                                                *   Appeal from the United States
    v.                                          *   District Court for the
                                                *   District of South Dakota.
Shirley Chater, Commissioner of                 *
Social Security,                                *           [Unpublished]
                                                *
            Appellee.                           *

———————

Submitted:  July 1, 1997
        Filed:  July 9, 1997

———————

Before HANSEN, MORRIS SHEPPARD ARNOLD, and MURPHY, Circuit Judges.

———————

PER CURIAM.

Karen Starr appeals the district court's[1] order granting summary judgment and affirming the Commissioner's decision to deny Starr disability benefits. Having carefully reviewed the record and the parties' submissions, we affirm the judgment of the district court on the basis of the reasons set forth in the district court's opinion. See 8th Cir. R. 47B.

_____

[1]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.

A true copy.

Attest:

      CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.